## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 84CV2436                    Assigned/Issued By: J. N.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

                                         *(Victim, Against and $ Amount)*

☑ Citation to Discover Assets            ☐ Other

☐ Writ _____              _____
       *(Type of Writ)*                  *(Type of issuance)*

1 Original and 0 copies on 7-14-08 as to JASON SMITH ( NO NOTICE
                       *(Date)*
FILED) _____

_____